# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 13-421V
Filed: March 24, 2015
Not for Publication

**************************************

| | | |
|---|---|---|
| G.G.M., a Minor, by and Through her | * | |
| Guardian Ad Litem, LORENA MORA, | * | |
| | * | |
| Petitioner, | * | Interim attorneys' fees and costs decision |
| | * | |
| v. | * | |
| | * | |
| SECRETARY OF HEALTH | * | |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |
| | * | |

**************************************

Danny C. Soong, West Covina, CA, for petitioner.
Claudia B. Gangi, Washington, DC, for respondent.

**MILLMAN, Special Master**

### DECISION AWARDING INTERIM ATTORNEYS' FEES AND COSTS[1]

On July 21, 2014, the undersigned issued a decision granting petitioner's motion to dismiss her petition, and judgment entered on August 29, 2014. Petitioner filed a motion for relief from judgment on January 21, 2015.

On February 25, 2015, petitioner filed an application for interim attorneys' fees and costs, requesting $36,425.00 in attorneys' fees and $40,414.85 in attorneys' costs. The application seeks attorneys' fees and costs for work performed up to September 15, 2014.

---

[1] Because this unpublished decision contains a reasoned explanation for the special master's action in this case, the special master intends to post this unpublished decision on the United States Court of Federal Claims's website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002). Vaccine Rule 18(b) states that all decisions of the special masters will be made available to the public unless they contain trade secrets or commercial or financial information that is privileged and confidential, or medical or similar information whose disclosure would constitute a clearly unwarranted invasion of privacy. When such a decision is filed, petitioner has 14 days to identify and move to redact such information prior to the document's disclosure. If the special master, upon review, agrees that the identified material fits within the banned categories listed above, the special master shall redact such material from public access.

On February 27, 2015, the undersigned issued an Order Denying Petitioner's Motion for Relief from Judgment.

On March 20, 2015, respondent filed a Response to Petitioner's Interim Motion for Attorneys' Fees and Costs. Respondent states that $67,675.00, consisting of $34,075.00 in fees and $33,600.00 in costs, is not an unreasonable amount for attorneys' fees and costs incurred through September 14, 2014.[2] Petitioner's counsel informed the undersigned's law clerk via email that he does not object to an interim fees and costs award of $67,675.00. Petitioner's counsel also stated that petitioner did not incur any costs in pursuit of her petition.

The undersigned finds $67,675.00 to be a reasonable amount for attorneys' fees and costs incurred through September 15, 2014. Accordingly, the undersigned awards **$67,675.00**, representing reimbursement for attorneys' fees and costs incurred in this case through September 15, 2014. The award shall be in the form of a check payable jointly to petitioner and Law Office of Danny Soong in the amount of **$67,675.00.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.[3]


**IT IS SO ORDERED.**


Dated: <u>March 24, 2015</u>                                          <u>s/ Laura D. Millman</u>
                                                                              Laura D. Millman
                                                                              Special Master

---

[2] Respondent incorrectly states that petitioner's application seeks fees and costs for representation through September 14, 2014. Resp. at 1, n.1. The application actually seeks reimbursement for work performed through September 15, 2014. Pet'r's Mot. Fees, at 2, 12.

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party, either separately or jointly, filing a notice renouncing the right to seek review.